AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

SYLVESTER CAIN
V.
UNITED STATES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00132

JUDGE: Richard W. Roberts

DECK TYPE: Pro se General Civil

DATE STAMP: 01/23/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PRO SE (name and address)

SYLVESTER CAIN
215 E BERTRAND
SAINT MARYS, KS 66536

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JAN 2 3 2006
DATE

M. Higgins
(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Kenneth Wainstein, USatt-DC.
    Civil Proc. Clerk, 555 4th St NW
    Washington, DC
    20001-2733

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   S. Abrun                        2/3/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7002 0510 0000 4906 6073

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

    Mr. Sylvester Cain
    215 E Bertrand Ave.
    Saint Marys, KS 66536

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 4.05 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.30 |

Postmark Here — ROSSVILLE KS 66533 — JAN 31 2006

Article Number: 7002 0510 0000 4906 6073

Sent To: Kenneth Wainstein, USatt-D.C.
Street, Apt. No. or PO Box No: Civil Proc. Clerk, 555 4th St. NW
City, State, ZIP+4: Washington DC 20001-2733

See Reverse for Instructions