AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

SYLVESTER CAIN
V.
UNITED STATES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00132

JUDGE: Richard W. Roberts

DECK TYPE: Pro se General Civil

DATE STAMP: 01/23/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

SYLVESTER CAIN
215 E BERTRAND
SAINT MARYS, KS 66536

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JAN 2 3 2006
CLERK                                          DATE

M. Higgins
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/6/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sylvester Cain | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): USPS Certified Mail
# 7002 0510 0000 4905 4858

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $8.30 | TOTAL $8.30 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 21, 2006      *Sylvester H Cain*
            Date                     Signature of Server

215 East Bertrand
Saint Marys, KS 66536
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# UNITED STATES POSTAL SERVICE

## Track/Confirm - Intranet Item Inquiry
### Item Number: 7002 0510 0000 4905 4858

**This item was delivered on 02/06/2006 at 05:27**

| | Delivery Section |
|---|---|
| Signature: | [signature] M.W. Powers |
| Address: | Justice 20530 |

**Enter Request Type and Item Number:**

Quick Search ●    Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Ho[me]



RECEIVED
FEB 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT