IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVESTER CAIN )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>    Defendant. ) | No: 1:06-cv-132 (RWR) |

## O R D E R

Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiff's [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiff's complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1626078.1

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

SYLVESTER CAIN
Plaintiff *Pro Se*
215 East Bertrand
Saint Marys, KS 66536

1626078.1

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiff *pro se* on April 4, 2006, by putting a copy in the United States' mail, postage prepaid, addressed as follows:

> SYLVESTER CAIN
> Plaintiff *Pro Se*
> 215 East Bertrand
> Saint Marys, KS 66536

/s/ Pat S. Genis
PAT S. GENIS, #446244

1626078.1