```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                   )
**SYLVESTER CAIN**,                )
                                   )
       Plaintiff,          )
                                   )
          v.                )   Civil Action No. 06-132 (RWR)
                                   )
**UNITED STATES**,                 )
                                   )
       Defendant.          )
_____)

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion [4] to dismiss the complaint be, and hereby is, GRANTED.  The complaint is DISMISSED.

This is a final, appealable order.

SIGNED this 10th day of July, 2006.

                                                  /s/
                                  RICHARD W. ROBERTS
                                  United States District Judge